

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIGUEL ANGEL GONZALEZ-NAVARRO (1),<br><br>Defendant. | Case No. 18CR4059-H<br><br>Booking No. 06405-359<br><br>JUDGMENT AND ORDER OF DISMISSAL |

Based upon the motion of the United States, the Court grants the government's motion to dismiss without prejudice the Information in the above entitled case against defendant Miguel Angel Gonzalez-Navarro The defendant is hereby discharged as to this case only.

IT IS SO ORDERED AND ADJUDGED.

DATED: November 5, 2018

HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE